UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CR 18-00281-AB | Date: October 25, 2019 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Carla Badirian | Chia Mei Jui | Skyler Cho |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Derrick Decshon Clark | √ | √ | | DFPD, Carel Ale | √ | √ | |

**Proceedings:**   SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of his right to appeal.

On the Government's motion, all remaining counts in the underlying Indictment are ordered dismissed.

Bond is exonerated.

The Court sets a Status Conference for **Friday, March 6, 2020 at 1:30 p.m.** Defendant and his probation officer shall be present. Counsel do not need to appear.

The Court recommends that the defendant be permitted to participate in the Youthful Offender Wraparound program.

CC: USPO

00 : 38

Initials of Deputy Clerk   CB